**YARBROUGH & DUNN**
2241 East Pecos Road, Ste, 2
Chandler, Arizona 85225
TEL: 480.456.1718
FAX: 480.726.7588

**Boyd W. Dunn/SB#005709**
Attorney for Marnie A. Mallory

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>TIMOTHY A. INMAN,<br>　　　　Debtor(s),<br>MARNIE A. MALLORY,<br>　　　　Plaintiff,<br>　　vs.<br>TIMOTHY A. INMAN<br>　　　　Defendant. | **Case No.: 2:08-bk-12023-GBN**<br>Adversary No.: 2:08-ap-00938-GBN<br><br>**STIPULATION TO VACATE HEARING AND DISMISS THIS MATTER**<br><br>(A/J: Honorable George B. Nielson) |

COMES NOW, the parties, by and through their undersigned counsel, and hereby stipulate that the hearing set for **February 23, 2009 at 10:30 a.m.** in this matter be vacated and this matter be dismissed for the reason that the parties have resolved the matter fully regarding all claims as detailed in the respective pleadings recently filed herein.

Therefore, the parties respectfully request that the hearing in this matter, currently set for **February 23, 2009 at 10:30 a.m.,** be vacated and that this matter be dismissed.

DATED this **20th** day of February, 2009.

| | |
|---|---|
| YARBROUGH & DUNN | THE ROSACCI LAW FIRM, PC |
| By: /s/BWD 005709 | By: /s/VAB 019675 |
| Boyd W. Dunn | Victoria A. Bellomo |
| Attorney for Plaintiff | Attorney for Debtor/Defendant |

ORIGINAL filed with Clerk of Court;

COPY of the foregoing mailed this **20th** day of February, 2009 to:

Timothy A. Inman
444 W. Midland Lane
Gilbert, Arizona 85233
*Debtor/Defendant*

Marnie A. Mallory
211 E. Kroll Drive
Gilbert, Arizona 85234
*Plaintiff*

Victoria A. Bellomo
The Rosacci Law Firm, PC
3411 N. 32nd Street
Phoenix, Arizona 85018
*Attorney for Debtor/Defendant*

Boyd W. Dunn
YARBROUGH & DUNN
2241 E. Pecos Road
Suite 2
Chandler, Arizona 85225


By: /s/B. Black